1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                                * * *

9   UNITED STATES OF AMERICA,          Case No. 3:12-cr-00045-MMD-WGC

10                        Plaintiff,
                                                      ORDER
11          v.

12  WILLIAM PAUL GIUDICI, III,

13                       Defendant.

14

15          Before the Court is Defendant William Paul Giudici, III's motion to use Elko

16  Division master jury wheel. (Dkt. no. 18.)  In his reply, Defendant clarified that he is not

17  seeking to have jury selection or trial be held in Elko, but is only requesting to use the

18  master jury wheel from the Elko Division.  The Government does not oppose this

19  clarified request.  Good cause appearing, the Court grants Defendant's limited request to

20  use the master jury wheel from the Elko Division as outlined in the Eighth Amended Plan

21  of the United States District Court for the District of Nevada for the Random Selection of

22  Grand and Petit Jurors.

23          Accordingly, it is hereby ordered that Defendant's motion to use Elko Division

24  master jury wheel (dkt. no. 18) is granted.

25          ENTERED THIS  23rd day of August 2012.

26

27          _____
                 UNITED STATES DISTRICT JUDGE
28